## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sandeep K. Randhawa,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Convergent Outsourcing, Inc.,<br>AmSher Collection Services, Inc., and T-Mobile USA, Inc.<br><br>　　　　　Defendants. | Case No. 1:16-cv-05283-BMC<br><br><br>**JOINT NOTICE OF PENDING SETTLEMENT** |

　　　　Plaintiff Sandeep K. Randhawa ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile"), by and through their undersigned counsel, hereby submit this Joint Notice of Pending Settlement and state that T-Mobile has reached a settlement with Plaintiff with regard to this case, and they are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, Plaintiff and T-Mobile will file the appropriate dismissal documents with the Court. The parties anticipate filing a stipulation reflecting settlement within 30 days.

Dated: December 15, 2016　　　　　　　　　　　　　Respectfully Submitted,


_s/ Hashim Rahman_　　　　　　　　　　　　　　　_s/Steven L. Penaro_
**Hashim Rahman**　　　　　　　　　　　　　　　**Steven L. Penaro**
HASHIM LEGAL　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
155 Water Street　　　　　　　　　　　　　　　　90 Park Avenue
5th floor　　　　　　　　　　　　　　　　　　　　New York, NY 10016
Brooklyn, NY 11201　　　　　　　　　　　　　　Tel:　　212-210-9400
347-433-6139　　　　　　　　　　　　　　　　　Fax:　　212-210-9444
Fax: 347-382-9457　　　　　　　　　　　　　　　Email: steve.penaro@alston.com
Email: hrahman@rahmanlegal.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant T-Mobile USA, Inc.*
*Counsel for Plaintiff*

LEGAL02/36864078v1

## CERTIFICATE OF SERVICE

I certify that on this 15th day of December, 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Hashim Rahman, Esq.
Rahman Legal
155 Water Street
Brooklyn, NY 11201
Attorneys for Plaintiff

Craig Mariam, Esq.
Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90017
Attorneys for Defendant Convergent Outsourcing

Aaron R Easley, Esq.
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822
Attorneys for Defendant Amsher Collection Services, Inc.

By: */s/ Steven L. Penaro*
Steven L. Penaro, Esq.
*Attorney for Defendant*
*T-Mobile USA, Inc.*