# RAHMAN LEGAL

155 WATER STREET
BROOKLYN, NY 11201
TEL: +1.347.433.6139
FAX: +1.347.382.9457
WWW.RAHMANLEGAL.COM

January 20, 2017

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Letter Regarding Settlement**
                  **Randhawa v. Convergent Outsourcing, Inc. et al.**
                  **Case No. 1:16-cv-05283-BMC**

Dear Judge Cogan,

      I represent the Plaintiff in the above-referenced action. I am writing to notify the Court that a settlement will likely be reached between the Plaintiff and Convergent Outsourcing, Inc. The parties are in the process of finalizing terms, and a stipulation will be filed after a formal agreement has been executed and performed.

                                                          Respectfully submitted,

                                                          /s/ Hashim Rahman
                                                          Hashim Rahman, Esq.