UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sandeep K. Randhawa,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>Convergent Outsourcing, Inc.,<br>AmSher Collection Services, Inc.,<br>and T-Mobile USA, Inc.,<br><br>　　　　　　　　Defendants. | Index No.: 1:16-cv-05283-BMC<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the above-captioned action is hereby dismissed with prejudice against T-Mobile USA, Inc.  Although the Court has already ordered a dismissal of this action, the parties are obligated to file this stipulation pursuant to the terms of a settlement agreement.

Dated:  February 7, 2017

Respectfully submitted,

| | |
|---|---|
| _s/ Hashim Rahman_<br>**Hashim Rahman**<br>HASHIM LEGAL<br>155 Water Street<br>Brooklyn, NY 11201<br>Tel: 347-433-6139<br>Fax: 347-382-9457<br>Email: hrahman@rahmanlegal.com<br><br>*Counsel for Plaintiff* | _s/Amber Wessels-Yen_<br>**Amber Wessels-Yen**<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel:　212-210-9400<br>Fax:　212-210-9444<br>Email: amber.wessels-yen@alston.com<br><br>**Derin Dickerson**<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br><br>*Counsel for Defendant T-Mobile USA, Inc.* |