UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sandeep K. Randhawa,<br><br>                Plaintiff,<br>v.<br><br>Convergent Outsourcing, Inc.,<br>AmSher Collection Services, Inc.,<br>and T-Mobile USA, Inc.,<br><br>                Defendants. | Index No.: 1:16-cv-05283-BMC<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is hereby dismissed with prejudice against Convergent Outsourcing, Inc.

Although the Court has already ordered a dismissal of this action, the undersigned parties are obligated to file this stipulation pursuant to the terms of a settlement agreement.

Dated:  March 31, 2017

Respectfully submitted,

By: *Hashim Rahman*
Hashim Rahman, Esq.
155 Water Street
Brooklyn, NY 11201
Email: hrahman@rahmanlegal.com
Phone: (347) 433-6139
Fax:     (347) 382-9457

*Attorney for Plaintiff*

Respectfully submitted,

By: */s/ Ronald A. Giller*
Ronald A. Giller, Esq.
18 Columbia Turnpike, Ste. 220
Florham Park, NJ 07932
Email: swieselgren@gordonrees.com
Phone (973) 549-2503
Fax (973) 377-1911

*Attorney for Defendant*

1